UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>        Plaintiff,<br><br>    v.<br><br>JDS HOSPITALITY GROUP, LLC d/b/a DAYS INN BAKERSFIELD,<br><br>        Defendant. | No. 1:16-cv-01408-DAD-JLT<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 10) |

On November 20, 2016, plaintiff filed a notice of voluntary dismissal without prejudice of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. No. 10.) Defendant has not filed a responsive pleading in this action. In light of this, this action has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice. Accordingly, the court directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:   **November 21, 2016**         /s/ Dale A. Drozd
                                                      UNITED STATES DISTRICT JUDGE

1